| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>MCNAMEE, STEPHEN M | 2. Court or Organization<br><br>U.S. DISTRICT COURT OF AZ | 3. Date of Report<br><br>07/13/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>SANDRA DAY O'CONNOR US COURTHS<br>401 W WASHINGTON ST, SPC 60<br>PHOENIX, AZ 85003-2158 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CUSTODIAN, UTMA | AS CUSTODIAN, I HOLD A SMALL AMOUNT OF CASH UNDER THE<br>UNIFORM GIFT TO MINORS ACT WHICH WAS CLOSED IN MAY 2005<br>AND REOPENED IN MARCH 2006 |
| 2. VICE PRESIDENT | DISTRICT JUDGES ASSOCIATION, 9TH CIRCUIT COURT |
| 3. BOARD MEMBER | FEDERAL JUDGES ASSOCIATION |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 AUG -8 A 11: 33
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 07/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | STATE OF ARIZONA, INCOME TAX REFUND | $ 2,993 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FEDERAL JUDGES ASSOCIATION | 5/06 FJA ANNUAL BOARD MEETING TRAVEL COSTS |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 07/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA,US BANK, PHOENIX, AZ-CD | A | Interest | J | T | | | | | |
| 2. IRA,US BANK, PHOENIX, AZ-CD | A | Interest | J | T | | | | | |
| 3. MERRILL LYNCH-IRA #1: | | | | | | | | | |
| 4. - ML BANK USA | A | Dividend | J | T | | | | | |
| 5. - MFS VALUE FD CL A | B | Dividend | K | T | | | | | |
| 6. MERRILL LYNCH-IRA #2: | | | | | | | | | |
| 7. - ML BANK USA | A | Dividend | J | T | | | | | |
| 8. - PIMCO COMMODITY REAL RETURN STRAT FD CL A | A | Dividend | J | T | | | | | |
| 9. - MLJWH STRATEGY ALLOCATION FD LP | | None | J | T | | | | | |
| 10. MERRILL LYNCH-IRRA #1: | | | | | | | | | |
| 11. - ML BANK USA | A | Dividend | K | T | | | | | |
| 12. - AMERICAN EURO PACIFIC | C | Dividend | L | T | | | | | |
| 13. - CALAMOS GROWTH FUND | A | Dividend | J | T | | | | | |
| 14. - DAVIS NEW YORK VENTURE FD CL Y | A | Dividend | L | T | | | | | |
| 15. - FRANKLIN BIOTECH DISCOVERY FD CL A | | None | J | T | | | | | |
| 16. - LORD ABBETT MID CAP | B | Dividend | K | T | | | | | |
| 17. - MFS VALUE FD CL A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 07/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - HARRIS ASSOC LG CAP VALUE FND CL A | A | Dividend | K | T | | | | | |
| 19. - PIMCO COMMODITY RETURN STRAT FD CL A | B | Dividend | | T | Sell | 04/06 | J | A | |
| 20. -DB COMMODITY INDEX TRACKING FD | | None | J | T | Buy | 04/06 | J | | |
| 21. CMA BANKING ADVANTAGE ACCOUNT (FORMERLY CKG ACCT) | A | Interest | J | T | | | | | |
| 22. ML-CMA, ML-BANKING ADVANTAGE ACCOUNT (UTMA) | A | Interest | J | | Re-Opened | 03/27 | J | | |
| 23. US BANK SAVINGS ACCOUNT, PHX,AZ | A | Interest | J | T | | | | | |
| 24. US BANK SAVINGS ACCOUNT, PHX,AZ | A | Interest | J | T | | | | | |
| 25. IBM COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. INTERNATIONAL RECTIFIER COMMON STOCK | | None | J | T | | | | | |
| 27. US SAVINGS BONDS | A | Interest | J | T | Partial Sell | 04/10 | J | | |
| 28. WELLS FARGO BANK, CKG ACCOUNT, PHX, AZ | | None | J | T | | | | | |
| 29. FAIRFIELD ESTATES | | None | J | W | | | | | |
| 30. ST LUKES HEALTH 403(B)7: | | | | | | | | | |
| 31. - VANGUARD 500 INDEX FD | B | Dividend | M | T | Participant | 01/01 | K | | |
| 32. ML-RIRA, ML BANK USA | A | Dividend | J | T | Buy | 05/03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 07/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII LINE 31 - VESTED PARTICIPANT 01/01 ST. LUKES 403(B) PLAN W/ REGULAR MONTHLY CONTRIBUTIONS

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 07/13/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                                              Date *August 7, 2007*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544